AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| National Treasury Employees Union | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00170 |
| Donald J. Trump, President, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Treasury Employees Union.

Date:  01/21/2025

/s/ Julie M. Wilson
*Attorney's signature*

Julie M. Wilson, D.C. Bar 482946
*Printed name and bar number*

General Counsel
National Treasury Employees Union
800 K Street, N.W., Suite 1000
Washington, D.C. 20001

*Address*

Julie.Wilson@nteu.org
*E-mail address*

(202) 572-5500
*Telephone number*

(202) 572-5645
*FAX number*