CO-386
10/2018

# United States District Court
# For the District of Columbia

National Treasury Employees Union, )
)
)
)
                      Plaintiff )   Civil Action No.  1:25-cv-00170
vs )
Donald J. Trump, President, et al. )
)
)
                      Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  the National Treasury Employees Union  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  the National Treasury Employees Union  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

439705
BAR IDENTIFICATION NO.

Allison C. Giles
Print Name

NTEU, 800 K Street, N.W., Suite 1000
Address

Washington, D.C.     20001
City        State       Zip Code

(202)572-5500
Phone Number