UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-170 |

**CONSENT MOTION FOR EXTENSION**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for an extension of time of 20 days (until July 7, 2025) to respond to the Complaint, ECF No. 1. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on January 20, 2025, alleging that planned policy changes to the federal civil service, *see* Executive Order 14171, "Restoring Accountability to Policy-Influencing Positions within the Federal Workforce," are unlawful. The U.S. Attorney for the District of Columbia was served on April 18, 2025, and Defendants' deadline to respond to the Complaint is June 17, 2025, *see* Fed. R. Civ. P. 12(a)(2).

2. Undersigned counsel represents the Federal Government in other similar litigation challenging Executive Order 14171 and related policies. *Nat'l Treasury Emps. Union v. Trump*, 1:25-cv-00170 (D.D.C.) (complaint filed January 20, 2025); *Public Employees For Environmental Responsibility v. Trump et al*, 8:25-cv-260 (D. Md.) (complaint filed January 28, 2025, Amended

Complaint filed March 12, 2025); *Am. Fed'n of Gov't Emps. v. Trump*, 1:25-cv-00264 (D.D.C.) (complaint filed January 29, 2025).

3. There is good cause for a 20-day extension. Undersigned counsel has a substantial current workload, including having argued at a preliminary injunction hearing in Chicago on June 3, needing to respond to a motion for temporary restraining order filed June 6 by June 12, filing an opposition to a motion for class certification due June 12, and otherwise managing an active caseload. Additionally, Plaintiffs' Complaint implicates substantial administrative law issues which Defendants must consider when drafting their response. Undersigned counsel must coordinate litigation strategy between this case and similar challenges. Finally, undersigned's co-counsel on this matter has been on extended leave and is not expected to return until July. Together, these circumstances constitute good cause for an extension of 20 days (until July 7, 2025) to respond to the Amended Complaint.

4. The requested extension will not delay the proceedings or prejudice any party.

5. Defendants sought the view of Plaintiffs on this Motion, and on June 10, 2025, Plaintiffs graciously consented to an extension of up to 45 days. Undersigned believes that he can finish his opposition with a 20-day extension and therefore asks only for that period of time.

For the foregoing reasons, good cause exists for the Court to grant this motion, and Defendants respectfully request that the Court grant the requested extension of time until July 7, 2025 for Defendants to respond to the Complaint and the proposed briefing schedule. A proposed order is attached.

| | |
|---|---|
| Dated: June 10, 2025 | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division<br><br>DIANE KELLEHER<br>Director, Federal Programs Branch<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br><br>/s/ *Jason Altabet*<br>Jason Altabet<br>(MD Bar No. 2211280012)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Phone: (202) 305-0727<br>E-mail: Jason.K.Altabet2@usdoj.gov<br><br>*Counsel for the United States* |

**CERTIFICATE OF SERVICE**

On June 10, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically as authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Jason Altabet*
Jason Altabet
(MD Bar No. 2211280012)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0727
E-mail: Jason.K.Altabet2@usdoj.gov
*Counsel for the United States*