## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:25-cv-170 |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, | |
| *Defendants*. | |

### <u>ORDER</u>

Upon consideration of Defendants' Consent Motion for Stay or Extension and Entry of Schedule the motion is **GRANTED**. It is hereby **ORDERED** that this matter is **STAYED**. The parties are **ORDERED** to file a joint status report in 120 days advising the Court on the expected timeline for issuance of a final rule and otherwise informing the Court of how the parties propose to proceed.

It is further **ORDERED** that, upon issuance of a final rule, the following schedule shall govern further proceedings.

a.      Within 30 days of the final rule being issued, Plaintiff shall file an amended complaint.

b.      Within 60 days of the filing of the amended complaint, Defendants shall move to dismiss.

c.      Within 60 days of the filing of Defendants' motion to dismiss, Plaintiff shall respond.

d.      Within 30 days of the filing of Plaintiff's response, Defendants shall reply.

**SO ORDERED**


Dated:  June 27 , 2025

_____

Hon. Jia M. Cobb
United States District Judge