IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, *in his official capacity*, et al.,<br><br>        Defendants. | Civil Action No. 1:25-cv-00170-JMC |

**JOINT STATUS REPORT**

Plaintiff, National Treasury Employees Union, and Defendants, Donald J. Trump, Charles Ezell, Pete R. Flores, Douglas O'Donnell, Dorothy Fink, and Mark T. Uyeda, in their official capacities, jointly submit this status report pursuant to the Court's Order, ECF No. 21 entered on June, 27, 2025.

    1.    On January 20, 2025, Plaintiff filed a Complaint, ECF No. 1, seeking declaratory and injunctive relief as to the planned policy changes to the federal civil service. *See* Exec. Order No. 14,171, "Restoring Accountability to Policy-Influencing Positions Within the Federal Workforce," (Jan. 20, 2025).

    2.    On April 23, 2025, the Office of Personnel Management issued a proposed rule addressing the planned policy changes at issue in this matter. *See* Improving Performance, Accountability and Responsiveness in the Civil Service, 90 Fed. Reg. 17,182 (Apr. 23, 2025).

    3.    On June 26, 2025, the Parties filed a Consent Motion for Stay or Extension and Entry of Schedule, ECF No. 20, seeking a stay, or an extension of 120 days, as well as the entry of a briefing schedule. The Court granted that motion in its Order, ECF No. 21, filed on June 27,

2025, requiring the parties "to file a joint status report in 120 days advising the Court on the expected timeline for issuance of a final rule and otherwise informing the Court of how the parties propose to proceed." That 120-day deadline fell on October 27, 2025.

4. Appropriations to the Department of Justice, *inter alia*, lapsed during the period between October 1, 2025, and November 12, 2025.

5. On November 13, 2025, this Court filed an order, which, relevant here, extended "all filing and discovery deadlines" imposed on the United States "falling in the period between October 1, 2025, and November 12, 2025, inclusive" by 53 days. *See* Standing Order No. 25-59 ¶ 1, filed in *In re: Extension of Deadlines in Civil Matters Involving the United States Following Restoration of Appropriations* (D.D.C.).

6. Thus, the Parties' deadline to file a joint status report in this matter was extended to December 19, 2025.

7. Defendants plan to issue the final rule implementing the policy changes at issue in this matter soon, but remain unsure of when that rule will be published.

8. When the final rule issues, the Parties expect the briefing schedule to be governed by the Court's Order, ECF No. 21.

DATED: December 19, 2025

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    DIANE KELLEHER
    Director, Federal Programs Branch

    CHRISTOPHER R. HALL
    Assistant Branch Director

    /s/ Kevin K. Bell
    KEVIN K. BELL
    JASON ALTABET
    Trial Attorneys
    U.S. DEPARTMENT OF JUSTICE

Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

*Counsel for Defendants*


/s/ *Paras N. Shah*
PARAS N. SHAH
General Counsel
D.C. Bar 983881

/s/ *Allison C. Giles*
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
paras.shah@nteu.org
allie.giles@nteu.org

*Attorneys for Plaintiff NTEU*