AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>*Plaintiff*<br>v.<br>DONALD TRUMP, et al.,<br>*Defendant* | )<br>)<br>)  Case No.  1:25-CV-00170-JMC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Treasury Employees Union

Date: 02/05/2026

*Attorney's signature*

Noah Brozinsky, DC Bar No. 1655789
*Printed name and bar number*

National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, D.C. 20001

*Address*

noah.brozinsky@nteu.org
*E-mail address*

(202) 572-5500
*Telephone number*

(202) 572-5643
*FAX number*