IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street, N.W., Suite 1000<br>Washington, D.C. 20001<br><br>     Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP,<br>President of the United States,<br>The White House<br>1600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20500, *et al.*,<br><br>     Defendants. | Case No. 25-cv-00170 (JMC) |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Plaintiff National Treasury Employees Union (NTEU) requests an extension of time of 14 days to file an amended complaint in this matter. Plaintiff's counsel has conferred with defendants' counsel, who advise that they do not oppose this motion.

This case has been generally paused while the Office of Personnel Management (OPM) finalized regulations that relate to the Executive Order challenged in this suit. By order dated June 27, 2025, the Court set a schedule that plaintiff would file an amended complaint within 30 days of OPM issuing its final rule; defendants would file a motion to dismiss within 60 days of that filing; plaintiff would file an opposition within 60 days of the defendants motion; and defendants would file a reply within 30 days of the plaintiff's opposition.

OPM issued its final rule on February 6, 2026, which means that plaintiff's amended complaint would be due March 9, 2026. Plaintiff hereby requests a 14-day extension of time, until March 23, 2026, to file an amended complaint. Plaintiff's counsel needs additional time to review and analyze OPM's final rule. This extension will not unduly delay the progress of this litigation or future briefing. A proposed order is attached.

    Respectfully submitted,

    /s/ Paras N. Shah
    PARAS N. SHAH
    General Counsel
    D.C. Bar 983881

    /s/ Allison C. Giles
    ALLISON C. GILES
    Associate Counsel
    D.C. Bar 439705

    /s/ Kathryn Bailey
    KATHRYN BAILEY
    Assistant Counsel
    D.C. Bar 1643256

    /s/ Noah Brozinsky
    NOAH BROZINSKY
    Assistant Counsel
    D.C. Bar 1655789
    NATIONAL TREASURY EMPLOYEES UNION
    800 K Street, N.W., Suite 1000
    Washington, D.C. 20001
    (202) 572-5500
    paras.shah@nteu.org
    allie.giles@nteu.org
    kathryn.bailey@nteu.org
    noah.brozinsky@nteu.org

March 5, 2026    Attorneys for Plaintiff NTEU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-00-170 (JMC) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time, it is hereby ordered that,

    Plaintiff's Motion is granted;

    Plaintiff shall file an amended complaint by March 23, 2026. The remaining schedule set out in this Court's Order dated June 27, 2025, remains in effect.

    SO ORDERED.

Date: _____

                                         Hon. Jia M. Cobb