IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION )
800 K Street, N.W., Suite 1000 )
Washington, D.C.  20001 )
)
                Plaintiff, )
)
        v. )  Case No. 25-cv-00170 (JMC)
)
DONALD J. TRUMP, )
President of the United States, )
The White House )
1600 Pennsylvania Avenue, N.W. )
Washington, D.C.  20500, *et al.*, )
)
              Defendants. )
_____ )

## NTEU'S UNOPPOSED MOTION FOR A REVISED BRIEFING SCHEDULE

Plaintiff National Treasury Employees Union (NTEU) requests a revised

briefing schedule to file an amended complaint in this matter. That will allow

amendment after an impending Executive Order issues. NTEU's counsel has

conferred with defendants' counsel, who advise that they do not oppose this motion.

In this litigation, NTEU has challenged Executive Order (EO) 14171, signed

on January 20, 2025, which created a new "Schedule Policy/Career" within the civil

service. 90 Federal Register 8625 (Jan. 31, 2025). This case has been generally

paused while the Office of Personnel Management (OPM) finalized regulations

relating to that Schedule Policy/Career EO. On June 27, 2025, the Court set a

schedule that NTEU would file an amended complaint within 30 days of OPM

issuing its final rule; defendants would file a motion to dismiss within 60 days of

that filing; NTEU would file an opposition within 60 days of the defendants' motion;

and defendants would file a reply within 30 days of NTEU's opposition. OPM issued

its final rule on February 6, 2026. Under this Court's order on March 6, 2026,

NTEU's amended complaint is currently due March 23, 2026.

OPM has stated that positions will not be placed into the Schedule

Policy/Career until the President issues another EO.[1] That follow-up EO has not yet

issued. NTEU believes it would be more efficient for the Court and for the parties if

NTEU filed its amended complaint *after* the next EO issues. That way, the

amended complaint, and subsequent briefing, can address the most up-to-date

developments.

Accordingly, NTEU requests that its amended complaint be due within 14

days of when the President issues an EO placing positions within Schedule

Policy/Career. Such a modified briefing schedule will not unduly delay the progress

of this litigation or future briefing. A proposed order is attached.

---

[1] *See* Memorandum from Scott Kupor, Director, OPM, to Agencies and Departments (Feb. 5, 2026), https://www.opm.gov/chcoc/latest-memos/opm-schedule-policycareer-implementation-guidance-memorandum.pdf.

Respectfully submitted,

/s/ Paras N. Shah
PARAS N. SHAH
General Counsel
D.C. Bar 983881

/s/ Allison C. Giles
ALLISON C. GILES
Associate General Counsel
D.C. Bar 439705

/s/ Kathryn Bailey
KATHRYN BAILEY
Assistant Counsel
D.C. Bar 1643256

/s/ Noah Brozinsky
NOAH BROZINSKY
Assistant Counsel
D.C. Bar 1655789
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
paras.shah@nteu.org
allie.giles@nteu.org
kathryn.bailey@nteu.org
noah.brozinsky@nteu.org

March 17, 2026           Attorneys for Plaintiff NTEU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION,  )
                                    )
            Plaintiff,              )        No. 1:25-cv-00-170 (JMC)
                                    )
      v.                            )
                                    )
DONALD J. TRUMP,                    )
et al.,                             )
                                    )
            Defendants.             )

## [PROPOSED] ORDER

Upon consideration of NTEU's Unopposed Motion for a Revised Briefing Schedule, it is hereby ordered that,

NTEU's Motion is granted;

NTEU shall file an amended complaint within 14 days of when the President issues an Executive Order regarding the placement of positions within "Schedule Policy/Career." The remaining schedule set out in this Court's Order dated June 27, 2025, remains in effect.

SO ORDERED.


Date:                              _____
                                   Hon. Jia M. Cobb