**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL TREASURY EMPLOYEES UNION,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:25-cv-00170-JMC

**DEFENDANTS' UNOPPOSED MOTION FOR A 21-DAY EXTENSION TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants respectfully request a 21-day extension of time to respond to Plaintiff's amended complaint, from this Wednesday, September 16, 2026 to October 7, 2026. As good cause for this request, which Plaintiff does not oppose, Defendants offer the following:

1. On June 27, 2025, this Court entered a scheduling order in this case providing that, within 30 days of a final rule being issued by the Office of Personnel Management, Plaintiff were to file an amended Complaint, and within 60 days of the filing of the amended complaint, Defendants were to respond. ECF No. 21.

2. The final rule was published on February 6, 2026. *See Improving Performance, Accountability and Responsiveness in the Civil Service*, 91 Fed. Reg. 5580 (Feb. 6. 2026). However, because the final rule did not place any positions into Schedule Policy/Career until the President issued an implementing Executive Order, Plaintiff filed an Unopposed Motion for Briefing Schedule Revision, ECF No. 28, which the Court granted by Minute Order on March 17, 2026. In that Minute Order, the Court ordered Plaintiff to file an amended complaint within 14 days of the issuance of an Executive Order implementing Schedule Policy/Career and left the remaining schedule in effect from the June 27 Order, ECF No. 21.

3. The President issued an Executive Order implementing Schedule Policy/Career on June 3, 2026. *See Implementing Schedule Policy/Career in the Excepted Service*, Exec. Order No. 14,410, 91 Fed. Reg. 34893 (June 3, 2026). Plaintiff filed an amended complaint on June 17, 2026. ECF No. 30. Defendants then sought and obtained an unopposed extension of that deadline. *See* ECF No. 31; Minute Order of Aug. 13, 2026.

4. Accordingly, Defendants' deadline to respond to Plaintiff's amended complaint is Wednesday, September 16, 2026.

5. There is good cause to grant Defendants' unopposed request to further extend that deadline to October 7 for at least two reasons. First, undersigned counsel is currently facing several other significant and time-sensitive litigation deadlines, several of which did not exist at the time of the most recent scheduling order in this case. Second, undersigned counsel recently developed an illness, which has compromised his ability to meet this deadline and deadlines in other cases.

6. Defendants expect that a 21-day extension will be sufficient time to prepare and finalize their response to Plaintiff's amended complaint, and do not expect to request any further extensions of this deadline, absent some further unexpected development.

7. Plaintiff will not be prejudiced by this modest extension, given the time that has already passed since this case (and the amended complaint) were originally filed, and the other significant revisions to the schedule that have already been ordered by the Court to account for regulatory developments since 2025 (sometimes at Plaintiff's request).

8. Under Local Rule 7(m), counsel for Defendants have conferred with counsel for Plaintiff, who do not oppose this scheduling relief.

9. For these reasons, Defendants respectfully request that their deadline to respond to Plaintiff's amended complaint be extended by 21 days, to October 7, 2026.

Dated: September 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

/s/ *Kevin K. Bell*
KEVIN K. BELL
GA Bar No. 967210
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov

*Counsel for the United States*