**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-170-JMC |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

For the reasons stated in the accompanying memorandum of law, Defendants move to dismiss Plaintiff's amended complaint, in its entirety for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). To the extent necessary, in the alternative, Defendants also move to dismiss for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

Dated: October 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Connor J. Ritschard*
CONNOR J. RITSCHARD
N.Y. Bar No. 5849187
Trial Attorney
STEPHEN M. PEZZI
D.C. Bar No. 995500
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 451-7745
E-mail: Connor.J.Ritschard@usdoj.gov

*Counsel for the United States*